# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2015

## NO. 03-14-00528-CR

**James Alan Weatherford, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 368TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgments of conviction signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgments of conviction. Therefore, the Court affirms the district court's judgments of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.